UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: TIFFANY NICOLE CAINE                         Case No.   09-31765-DOT
                    Debtor(s)                                  Chapter 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY FOR DEBTOR(S)

  Richard Oulton, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of $250.00.

  1. The Attorney has provided services to the Debtor(s) in connection with the defense of a motion for relief from the automatic stay filed with this Court on 7/15/2009. The motion for relief was settled without a hearing and the Court entered a consent order in this matter on 8/7/2009.

  2. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

  3. The Attorney is the sole provider of legal services to the Debtor(s).

  4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

  5. The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

           Respectfully Submitted,

           /s/ Richard Oulton
           Richard Oulton (VSB#29640)
           Attorney for Debtor
           2807 N. Parham Road, Suite 107
           Richmond, VA 23294
           Tel:  (804) 747-7707

Certificate of Service

  I certify that on 9/25/2009, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 Trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

           /s/ Richard Oulton
           Richard Oulton

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: TIFFANY NICOLE CAINE                                Case No.   09-31765-DOT
　　　　　　　Debtor(s)                                              Chapter 13

NOTICE OF MOTION

　　　　Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of $250.00 for defense of a motion for relief from the automatic stay. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

　　　　**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before 10/15/2009 you or your attorney must:

　　　　　　File a written objection and a copy with the Court at:

　　　　　　　　United States Bankruptcy Court
　　　　　　　　701 E. Broad Street
　　　　　　　　Richmond, VA 23219

　　　　You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:

| | |
|---|---|
| Address of attorney for the Debtor(s): | Richard Oulton |
| | 2807 N. Parham Road, Suite 107 |
| | Richmond, VA 23294 |
| | (804) 747-7707 |
| Address of Chapter 13 Trustee: | Carl M. Bates |
| | P. O. Box 1819 |
| | Richmond, VA 3218-1819 |

　　　　Attend a hearing which will be scheduled at a later date.  If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

9/25/2009                                                                                    /s/ Richard Oulton
　　　　　　　　　　　　　　　　　　　　　　　　　　　Richard Oulton (VSB#29640)
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　　　　　　　2807 N. Parham Road, Suite 107
　　　　　　　　　　　　　　　　　　　　　　　　　　　Richmond, VA 23294
　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel:  (804) 747-7707

## PROOF OF SERVICE

The undersigned hereby certifies that on 9/25/2009, the foregoing Notice was served electronically and/or by first class mail, postage prepaid, to the parties on the attached matrix.

/s/ Richard Oulton

**Service Matrix:**

Carl M. Bates
P. O. Box 1819
Richmond, VA 3218-1819

TIFFANY NICOLE CAINE
Debtor
1204 Mary Washington St.
Highland Springs, VA 23075

# Creditors

**AFNI** (8802039) (cr)
PO Box 3427
Bloomington, IL 61702-0000

**Allied Cash Advance** (8802040) (cr)

**American Family Fitness** (8802041) (cr)
Richmond Fitness
4435 Waterfront Dr, Ste 304
Glen Allen, VA 23060-0000

**Arrow Financial** (8802042) (cr)
5996 W Touhy Ave
Niles, IL 60714-0000

**BB&T** (8802043) (cr)
West Virginia Recovery Dept
PO Box 1489
Lumberton, NC 28359-0000

**BB&T Bankruptcy** (8890869) (cr)
Section/100-50-51
PO Box 1847
Wilson NC 27894-1847

**Berks Credit & collections** (8802044)
PO Box 383 (cr)
Temple, PA 19560-0000

**Blockbuster - 51104** (8802045)
6104 Brashier Blvd (cr)
Suite A
Mechanicsville, VA 23111-4595

**BNA Financial Bureau** (8802046)
8010 Safari Dr. (cr)
Smyrna, TN 37167-6605

**Bon Secours Memorial Regional Medical Center**
c/o Greer P. Jackson, Jr. (8867540)
Spinella, Owings & Shaia, P.C. (cr)
8550 Mayland Drive
Richmond, VA 23294-4704

**Bon Secours Richmond Community Hospital**
c/o Greer P. Jackson, Jr. (8867541)
Spinella, Owings & Shaia, P.C. (cr)
8550 Mayland Drive
Richmond, VA 23294-4704

**Bon Secours Richmond Health** (8802047)
P.O. Box 28538 (cr)
Richmond, VA 23228-0000

**Brad R Thweatt DDS** (8802048)
45 C West Williamsburg Rd (cr)
Sandston, VA 23150-0000

**Bureau of Credits** (8802049)
3690 Dobleann Dr. (cr)
Charlottesville, VA 22911-9088

**CACH, LLC** (8941899)
4340 S. MONACO ST. 2ND FLR (cr)
DENVER, CO 80237

**Cavalier Telephone** (8802050)
PO Box 41424 (cr)
Philadelphia, PA 19101-1424

**Cavalry Portfolio Services** (8802051)
PO Box 1017 (cr)
Hawthorne, NY 10532-0000

**CBE Group** (8802052)
PO Box 3251 (cr)
Milwaukee, WI 53201-0000

**Chesapeake Credit**
4920 Nigara Rd                                   (8802053)
Suite 314                                        (cr)
College Park, MD 20740-0000

**City of Richmond**
Dep't of Public Utilities                        (8802054)
PO Box 26060                                     (cr)
Richmond, VA 23274-0000

**Commonwealth Lab Consultants**
PO Box 36559                                     (8802055)
Richmond, VA 23235-8011                          (cr)

**Commonwealth Radiology**
1508 Willow Lawn Dr                              (8802056)
Suite 117                                        (cr)
Richmond, VA 23230-3421

**Continental Emergency Services**
309 McLaws Cir                                   (8802057)
Suite 106, Unit F                                (cr)
Williamsburg, VA 23185-5675

**Credit Adjustment Board**
306 East Grace Street                            (8802058)
Richmond, VA 23219-0000                          (cr)

**Credit Management Services**
PO Box 258011                                    (8802059)
Cleveland, OH 44125-8011                         (cr)

**Credit One Bank**
PO Box 98873                                     (8802061)
Las Vegas, NV 89193-0000                         (cr)

**Credit One Bank**
P.O. Box 60500                                   (8802060)
City Of Industry, CA 91716-0500                  (cr)

**Creditor Protection Associatio**
13355 Noel Rd                                    (8802062)
Dallas, TX 75240-0000                            (cr)

**Crusader Cash Advance**                        (8802063)
                                                 (cr)

**Dominion Virginia Power**
P.O. Box 26543                                   (8802064)
Richmond, VA 23290-0001                          (cr)

**Focused Recovery Solutions** (8802065) (cr)
9701 Metropolitan Court
Suite B
Richmond, VA 23236-3690

**Glenwood Farns Apts.** (9043793) (cr)
% RA Rogers Coll Consul
2135 Espey Ct., Ste. 9
Crofton, MD 21114-2442

**Godwin-Jones & Price, PC** (8802066) (cr)
20 S Auburn Ave
Richmond, VA 23221-0000

**GSC Collections** (8802067) (cr)
PO Box 8984
Richmond, VA 23225-0000

**Internal Revenue Service** (8802068) (cr)
PO Box 16236
Philadelphia, PA 19114-0236

**Internal Revenue Service** (9011871) (cr)
P O Box 21126
Philadelphia, PA 19114

**KRS Holdings** (8802069) (cr)
1904 Byrd Ave
PO Box 26746
Richmond, VA 23230-0000

**McEntee & Associates** (8802070) (cr)
4825 Radford Ave
Suite 101
Richmond, VA 23230-0000

**MCV HOSPITAL** (9087201) (cr)
P O BOX 980462
RICHMOND, VA 232980-0462

**MCV HOSPITAL** (9087202) (cr)
P O BOX 980462
RICHMOND,VA 23298-0462

**National Fitness Financial** (8802071) (cr)
Late Payments Dep't
PO Box 224
Roy, UT 84067-0224

**NCO** (8802072) (cr)
4740 Baxter Road
Virginia Beach, VA 23462-0000

**NCO Financial Systems**  
507 Prudential Road  
Horsham, PA 19044-0000  
(8802073)  
(cr)

**Palisades Collection**  
210 Sylvan Ave  
Englewood Cliffs, NJ 07632-0000  
(8802074)  
(cr)

**Patrick Ted**  
2611 Anna Kay Crossing  
Midlothian, VA 23113-0000  
(8802075)  
(cr)

**PRA Receivables Management, LLC**  
As Agent Of Portfolio Recovery Assocs.  
POB 41067  
NORFOLK VA 23541  
(8817661)  
(cr)

**Professional Recovery Consulta**  
2700 Meridian Pkwy  
Suite 200  
Durham, NC 27713-2204  
(8802076)  
(cr)

**Quadrant Properties, LLC**  
KRS Holdings, Inc., Agent  
c/o Godwin-Jones & Price PC  
20 South Auburn Avenue  
Richmond, VA 23221  
(8848263)  
(cr)

**Quest Diagnostics**  
3 Giralda Farms  
Madison, NJ 07940-0000  
(8802077)  
(cr)

**RA Rogers Coll Consul**  
2135 Espey Ct  
Suite 9  
Crofton, MD 21114-2442  
(8802078)  
(cr)

**RA Rogers Inc**  
PO Box 3302  
Crofton, MD 21114-0000  
(8802079)  
(cr)

**Receivables Mangement Sys**  
PO Box 8630  
Richmond, VA 23226-0000  
(8802080)  
(cr)

**Robert W. Deconti**  
Highland II  
7229 Forest Ave, Ste 101  
Richmond, VA 23233-0000  
(8802081)  
(cr)

**Santa Barbara Bank & Trust** (8802082)
Refund Anticipation Loan (cr)
PO Box 1270
Solana Beach, CA 92075-7390

**Securitas Security Services**
Univorm Recovery Management (8802083)
2809 Emerywood Pkwy #250 (cr)
Richmond, VA 23294-0000

**T-Mobile Customer Relations** (8802084)
P.O. Box 37380 (cr)
Albuquerque, NM 87176-7380

**Tate & Kirlin Associates** (8802085)
2810 Southampton Road (cr)
Philadelphia, PA 19154-0000

**Transworld Systems** (8802086)
4560 South Boulevard #100 (cr)
Virginia Beach, VA 23452-0000

**Transworld Systems** (8802087)
4560 South Boulevard, #100 (cr)
Virginia Beach, VA 23452-0000

**United Cosnumers Inc** (8802088)
PO Box 4466 (cr)
Woodbridge, VA 22194-4466

**US Legal Forms** (8802089)
PO Box 321398 (cr)
Flowood, MS 39232-0000

**VAC** (8802090)
(cr)

**VAC LLLP t/a Treehouse/Woodcreek Apts.**
c/o William K. Grogan & Assoc. (9020585)
206 E Cary Street (cr)
Richmond VA 23219

**VCU Health System** (8802091)
PO Box 758997 (cr)
Baltimore, MD 21275-8997

**VCU Health System -- MCV Hosp** (8802092)
Set-off Debt Section (cr)
Richmond, VA 23298-0462

**Virginia Credit Union** (8802093)
P. O. Box 90010 (cr)
Richmond, VA 23225-0000

**Virginia Credit Union**  
Operations Settlement  (8802094)  
PO Box 90010  (cr)  
Richmond, VA 23225-0000  

**Virginia Employment Commission**  (8802095)  
PO Box 1358, Rm 305  (cr)  
Richmond, VA 23218  

**William J Allen PA**  (8802096)  
PO Box 17208  (cr)  
Charlotte, NC 28227-0000  

**William K. Grogan & Assoc.**  (8802097)  
206 East Cary Street  (cr)  
Richmond, VA 23219-0000  

**Woodforest National Bank**  (8802098)  
PO Box 7889  (cr)  
Spring, TX 77387-7889