UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: | CASE NO: |
| TIFFANY NICOLE CAINE, | 09-31765-DOT |
| | CHAPTER 13 |
| Debtor. | |

VIRGINIA CREDIT UNION, INC.,
a Virginia corporation,

          Movant,

vs.

TIFFANY NICOLE CAINE, and

CARL M. BATES, CHAPTER 13 TRUSTEE,

          Respondents.

**ORDER GRANTING RELIEF FROM STAY**

Upon consideration of the motion of Virginia Credit Union, Inc., a Virginia corporation, to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the Movant and its successors and assigns to enforce its rights under its security agreement to lawfully repossess and liquidate certain personal property, to-wit: one (1) 2000 Mercury Mountaineer, 4 Door 4WD/AWD Utility Vehicle, Identification No: 4M2ZU86PXYUJ37444.

Archie C. Berkeley, Jr.; VSB #12581
Counsel for the Movant
BERKELEY & DeGAETANI
1301 North Hamilton Street, Suite 200
Richmond, Virginia 23230-3959
Telephone No: (804) 644-0345

      DONE at Richmond, Virginia, on _____.

_____
**UNITED STATES BANKRUPTCY JUDGE**

I ask for this:

/s/ Archie C. Berkeley, Jr.
Archie C. Berkeley, Jr.
Counsel for the Movant
BERKELEY & DeGAETANI
1301 North Hamilton Street, Suite 200
Richmond, Virginia 23230-3959

CERTIFICATION IS HEREBY MADE THAT THE FOREGOING ORDER
WAS ENDORSED BY ALL NECESSARY PARTIES PURSUANT
TO LOCAL RULE 9022-1(C).

      /s/ Archie C. Berkeley, Jr.

Please serve copies on:

Archie C. Berkeley, Jr.,
Richard James Oulton, and
Carl M. Bates, Chapter 13 Trustee

## **CERTIFICATION**

    The undersigned certifies that the foregoing Order Granting Relief from Stay is identical to the form order required by Administrative Order 10-2 that no modifications, additions, or deletions have been made.

      /s/ Archie C. Berkeley, Jr.
      Attorney for Movant

2