UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:     Tiffany Nicole Caine                 Case No.  **09-31765-DOT**
                Debtor(s)                              Chapter 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION
OF ATTORNEY FOR DEBTOR(S)

Richard Oulton, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of $250**.**

1. The Attorney has provided services to the Debtor(s) in connection with the following:

   **DEFENSE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (CONTESTED HEARING)** filed on **8/16/2010** for which the Attorney requests compensation for service in the amount of $250.

2. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3. The Attorney is the sole provider of legal services to the Debtor(s).

4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

5. The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

Respectfully submitted,

/s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
The Debt Law Group, PLLC
2800 N. Parham Rd, Ste 100
Henrico, VA 23294
(804)308-0051/Fax: (804)308-0053

Certificate of Service

I certify that on **1/4/2011**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 Trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

/s/ Richard J. Oulton
Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:     Tiffany Nicole Caine                    Case No.    **09-31765-DOT**
           Debtor(s)                               Chapter 13

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of $**250** for defense of a motion for relief from the automatic stay in a contested hearing. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before 14 days from the date of this motion you or your attorney must:

> File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.
>
> Clerk of Court
> United States Bankruptcy Court
> 701 E. Broad Street
> Richmond, VA 23219

You must also mail a copy to:            Richard J. Oulton, Esq.
                                         The Debt Law Group, PLLC
                                         2800 N. Parham Rd, Ste 100
                                         Henrico, VA 23294
                                         Attorney for the Debtor(s)

:    Chapter 13 Trustee:   Carl M. Bates, P. O. Box 1819, Richmond, VA 23218-1819

> Attend a hearing which will be scheduled at a later date. You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

1/4/2011                                          /s/ Richard J. Oulton

        Richard J. Oulton (VSB#29640)
        Attorney for Debtor
        The Debt Law Group, PLLC
        2800 N. Parham Rd, Ste 100
        Henrico, VA 23294
        (804)308-0051/Fax: (804)308-0053

CERTIFICATE OF SERVICE

     The undersigned hereby certifies that I have on **January 4, 2011,** mailed a true copy of the foregoing Notice of Motion to the parties listed on the attached service list.

        /s/ Richard Oulton
        Richard J. Oulton

**Service list:**

**Carl M. Bates**
**P. O. Box 1819**
**Richmond, VA 23218-1819**

**NAME AND ADDRESSES OF CREDITORS**

AFNI
PO Box 3427
Bloomington, IL 61702


Allied Cash Advance


American Family Fitness
Richmond Fitness
4435 Waterfront Dr, Ste 304
Glen Allen, VA 23060


Arrow Financial
5996 W Touhy Ave
Niles, IL 60714


BB&T
West Virginia Recovery Dept
PO Box 1489
Lumberton, NC 28359


Berks Credit & collections
PO Box 383
Temple, PA 19560


Blockbuster - 51104
6104 Brashier Blvd
Suite A
Mechanicsville, VA 23111-4595


BNA Financial Bureau
8010 Safari Dr.
Smyrna, TN 37167-6605


Bon Secours Richmond Health
P.O. Box 28538
Richmond, VA 23228


Brad R Thweatt DDS
45 C West Williamsburg Rd
Sandston, VA 23150


Bureau of Credits
3690 Dobleann Dr.
Charlottesville, VA 22911-9088

Cavalier Telephone
PO Box 41424
Philadelphia, PA 19101-1424


Cavalry Portfolio Services
PO Box 1017
Hawthorne, NY 10532


CBE Group
PO Box 3251
Milwaukee, WI 53201


Chesapeake Credit
4920 Nigara Rd
Suite 314
College Park, MD 20740


City of Richmond
Dep't of Public Utilities
PO Box 26060
Richmond, VA 23274


Commonwealth Lab Consultants
PO Box 36559
Richmond, VA 23235-8011


Commonwealth Radiology
1508 Willow Lawn Dr
Suite 117
Richmond, VA 23230-3421


Continental Emergency Services
309 McLaws Cir
Suite 106, Unit F
Williamsburg, VA 23185-5675


Credit Adjustment Board
306 East Grace Street
Richmond, VA 23219


Credit Management Services
PO Box 258011
Cleveland, OH 44125-8011

Credit One Bank
P.O. Box 60500
City Of Industry, CA 91716-0500


Credit One Bank
PO Box 98873
Las Vegas, NV 89193


Creditor Protection Associatio
13355 Noel Rd
Dallas, TX 75240


Crusader Cash Advance


Dominion Virginia Power
P.O. Box 26543
Richmond, VA 23290-0001


Focused Recovery Solutions
9701 Metropolitan Court
Suite B
Richmond, VA 23236-3690


Godwin-Jones & Price, PC
20 S Auburn Ave
Richmond, VA 23221


GSC Collections
PO Box 8984
Richmond, VA 23225


Internal Revenue Service
PO Box 16236
Philadelphia, PA 19114-0236


KRS Holdings
1904 Byrd Ave
PO Box 26746
Richmond, VA 23230


McEntee & Associates
4825 Radford Ave
Suite 101
Richmond, VA 23230

National Fitness Financial
Late Payments Dep't
PO Box 224
Roy, UT 84067-0224


NCO
4740 Baxter Road
Virginia Beach, VA 23462


NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


Palisades Collection
210 Sylvan Ave
Englewood Cliffs, NJ 07632


Patrick Ted
2611 Anna Kay Crossing
Midlothian, VA 23113


Professional Recovery Consulta
2700 Meridian Pkwy
Suite 200
Durham, NC 27713-2204


Quest Diagnostics
3 Giralda Farms
Madison, NJ 07940


RA Rogers Coll Consul
2135 Espey Ct
Suite 9
Crofton, MD 21114-2442


RA Rogers Inc
PO Box 3302
Crofton, MD 21114


Receivables Mangement Sys
PO Box 8630
Richmond, VA 23226

Robert W. Deconti
Highland II
7229 Forest Ave, Ste 101
Richmond, VA 23233


Santa Barbara Bank & Trust
Refund Anticipation Loan
PO Box 1270
Solana Beach, CA 92075-7390


Securitas Security Services
Univorm Recovery Management
2809 Emerywood Pkwy #250
Richmond, VA 23294


T-Mobile Customer Relations
P.O. Box 37380
Albuquerque, NM 87176-7380


Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154


Transworld Systems
4560 South Boulevard #100
Virginia Beach, VA 23452


Transworld Systems
4560 South Boulevard, #100
Virginia Beach, VA 23452


United Cosnumers Inc
PO Box 4466
Woodbridge, VA 22194-4466


US Legal Forms
PO Box 321398
Flowood, MS 39232


VAC


VCU Health System
PO Box 758997
Baltimore, MD 21275-8997

VCU Health System -- MCV Hosp
Set-off Debt Section
Richmond, VA 23298-0462


Virginia Credit Union
P. O. Box 90010
Richmond, VA 23225


Virginia Credit Union
Operations Settlement
PO Box 90010
Richmond, VA 23225


Virginia Employment Commission
PO Box 2249
Richmond, VA 23218-2249


William J Allen PA
PO Box 17208
Charlotte, NC 28227


William K. Grogan & Assoc.
206 East Cary Street
Richmond, VA 23219


Woodforest National Bank
PO Box 7889
Spring, TX 77387-7889