# United States Bankruptcy Court
## Eastern District of Virginia
### Richmond Division

**TO:**
Richard J. Oulton
The Debt Law Group, PLLC
2800 N. Parham Rd., Ste 100
Henrico, VA 23294

**In re:**   Tiffany Nicole Caine

**Case Number**   09–31765–DOT
**Chapter**   13

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*31* – Application for Compensation for Richard J. Oulton, The Debt Law Group, PLLC as Attorney for Debtor filed by Richard James Oulton of The Debt Law Group, Pllc on behalf of The Debt Law Group, PLLC. (Oulton, Richard)

**REQUIREMENTS OF FORM/PROCESS:**

___   Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

___   Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

___

**MOTION FOR EXPEDITED HEARING [LBR 9013–1(N)]:**

___   Not accompanied by Certification Regarding Request for Expedited Hearing*.

___

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

___   Not accompanied by proof of service indicating service of motion upon parties required to be served.

___   Notice as required by LBR 4001(a)–1(C) not clearly stated or conspicuously provided in motion.

___   Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

___

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

___   Official Form 20A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.

___   Official Form 20B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

___   Date, time and/or location omitted or incorrect in Notice of Hearing.

___   Notice of Hearing/Response not properly linked to Motion/Application/Objection

_X_   Please note: As of December 1, 2010, the Notice has been revised and may be found at www.vaeb.uscourts.gov. Please review your Notice and amend if necessary.

*A copy of the above–referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov

Date:   January 5, 2011                    CLERK, UNITED STATES BANKRUPTCY COURT

                                          By /s/ Cindy Baumgartner, Deputy Clerk
[igmotionvDec2009.jsp]                    Direct Dial Telephone No. 804–916–2413